# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 15, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX  78711

> Re: Juan Lizcano
> v. Texas
> No. 15-65
> (Your No. WR-68,348-03)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 14, 2014 and placed on the docket July 15, 2015 as No. 15-65.

Sincerely,

**Scott S. Harris**, Clerk

by *(signature)*

Andrew Downs
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 20 2015
Abel Acosta, Clerk